NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EARLEE KING,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7133

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 07-1214, Chief Judge William P. Greene, Jr.

---

## ON MOTION

---

## ORDER

Upon consideration of the Secretary of Veterans Affairs' motion for a 14-day extension of time, until March 8, 2011, to file his brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

<u>FEB 1 4 2011</u>
Date

<u>/s/ Jan Horbaly</u>
Jan Horbaly
Clerk

cc:  John F. Cameron, Jr., Esq.
     Jacob A. Schunk, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**FEB 1 4 2011**

**JAN HORBALY**
**CLERK**